Vitaly B. Sigal, Esq. S.B.N. 198623
**SIGAL**
**LAW GROUP**
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 325-0570
Facsimile: (818) 325-0571

Attorney for Defendant, CELERINO JARAMILLO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | ) | 23-CR-00411-HDV |
|---|---|---|
| | ) | |
| | ) | **EXHIBITS IN SUPPORT OF** |
| V. | ) | **MEMORANDUM OF LAW IN** |
| | ) | **SUPPORT OF APPLICATION FOR** |
| | ) | **REVIEW/RECONSIDERATION** |
| CELERINO JARAMILLO | ) | **OF ORDER OF DETENTION;** |
| | ) | **DECLARATION OF VITALY B.** |
| | ) | **SIGAL** |

# EXHIBIT B

## PICTURES OF THE DEFENDANT AND FAMILY

1





